UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re:<br>MIRNA FELICIANO | Chapter 13<br>Case No. 2017-29780-KMP-13 |
| Debtor | **CERTIFICATION OF DEFAULT AND<br>NON-MILITARY SERVICE** |

STATE OF WISCONSIN )
                    ) SS
WINNEBAGO COUNTY)

The undersigned, certifies as follows:

1. That Rebecca R Garcia is the Chapter 13 Standing Trustee in this case and that a Motion to Dismiss was previously filed in this case.

2. An Order denying Trustee's motion to dismiss was signed on the 29th day of January 2019. A copy of the Order may be viewed in the Court docket.

3. Under the Order, the debtor was required to make payments to the trustee in the amount of $825.00 monthly. Any failure to make a single monthly payment in that amount commencing February 2019 through and including October 2019 would be cause for dismissal of the case upon submission of a Certification of Default and proposed Order of Dismissal from the trustee.

4. That this Certification is to indicate that the debtor is delinquent $825.00 through June 2019 under the doomsday. In addition, although not a doomsday provision, the debtor's plan is not feasible.

5. That this Certification is submitted in support of the entry of an Order of Dismissal.

6. Upon information and belief, the debtor is not a member of the Armed Forces of the United States as defined in the Servicemembers Civil Relief Act of 2003, and if the debtor is such a member, the debtor has appeared in this action and is represented by counsel.

Dated July 16, 2019

                                              /s/ Jennifer K. Marchinowski
                                              Staff Attorney

In Re:
MIRNA FELICIANO
4906 N 108Th Street
Milwaukee, WI 53225

Case No. 2017-29780-KMP-13

Chapter 13
**CERTIFICATE OF SERVICE**

Debtor

STATE OF WISCONSIN )
                          ) SS
WINNEBAGO COUNTY)

    Kristina L. Wilder, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 16th day of July 2019, a copy of the Trustee's Certification of Default and Non-Military Service and Order of Dismissal in a first class postage paid envelope to the following:

MIRNA FELICIANO
4906 N 108TH STREET
MILWAUKEE, WI 53225

and the following were served electronically

STROUSE LAW OFFICE

Dated July 16, 2019

                                            /s/ Kristina L. Wilder
                                            Kristina L. Wilder